## United States District Court for the Northern District of Illinois

Case Number: **17cv810**          Assigned/Issued By: **JH**

Judge Name: **Aspen**             Designated Magistrate Judge: **Kim**

---

### FEE INFORMATION

*Amount Due:*   ☐ $400.00    ☐ $46.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $505.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☑ Citation to Discover Assets            _____

☐ Writ _____                      (Victim, Against and $ Amount)
     (Type of Writ)

**5** Original and **5** copies on **9/19/2019** as to **WestLake Financial Group, Inc.,**
                                   (Date)

BESH Holding Corporation, Paul Burt, BESH Realty Partners, LLC,

The Burt Collection, LLC (Notices Filed)

Rev. 08/19/2016