

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GRENVILLE STRATEGIC ROYALTY CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> BESH HOLDING CORPORATION; WESTLAKE FINANCIAL GROUP, INC.; SAVEUP, INC.; PAUL J. BURT; BESH REALTY PARTNERS, LLC; and THE BURT COLLECTION, LLC; <br><br> Defendants. | Case No. 1:17-cv-00810 <br><br> The Hon. Marvin E. Aspen |

**FILED**
SEP 19 2019 JH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF CITATION TO DISCOVER ASSETS TO <u>WESTLAKE FINANCIAL GROUP, INC.</u>

**Notice To:**
WESTLAKE FINANCIAL GROUP, INC.
c/o Paul J. Burt, Registered Agent
2345 Waukegan Rd, Suite 140
Bannockburn, IL 60015

BESH HOLDING CORPORATION
c/o Paul J. Burt, President
2345 Waukegan Rd, Suite 140
Bannockburn, IL 60015

**Citation Recipient:**
WESTLAKE FINANCIAL GROUP, INC.
c/o Paul J. Burt, Registered Agent
2345 Waukegan Rd, Suite 140
Bannockburn, IL 60015

**Judgment Debtors:**
WESTLAKE FINANCIAL GROUP, INC.
c/o Paul J. Burt, Registered Agent
2345 Waukegan Rd, Suite 140
Bannockburn, IL 60015

BESH HOLDING CORPORATION
c/o Paul J. Burt, President
2345 Waukegan Rd, Suite 140
Bannockburn, IL 60015

**Judgment Creditor:**
GRENVILLE STRATEGIC ROYALTY
CORPORATION

**Attorney for Judgment Creditor:**
Paul J. Ripp
Williams Montgomery & John Ltd.
233 S. Wacker Drive, Suite 6800
Chicago, IL 60606
312 443-3205
pjr@willmont.com

**Amount of Judgment:** $1,961,083.00.

**Time and Date for Appearance, Response, and Production of Documents:**
October 23, 2019, at 10:30 a.m.
Courtroom 2568
Dirksen Federal Building,
219 S. Dearborn Street,
Chicago, IL 60604

NOTICE: The Court has issued a citation against WESTLAKE FINANCIAL GROUP, INC. The citation directs the agent for the entity to appear in Court to be examined and to produce documents for the purpose of allowing the Judgment Creditor to discover income and/or assets belonging to the Judgment Debtors or in which the Judgment Debtors have an interest. The citation was issued based on a judgment against the Judgment Debtors in favor of the Judgment Creditor in the amount stated above. On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

## STATUTORY RIGHTS OF JUDGMENT DEBTORS

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor, including money in a bank account; Social Security and SSI benefits; Public assistance benefits; Unemployment compensation benefits; Worker's compensation benefits; Veteran's benefits; Circuit breaker property tax relief benefits; The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle; and The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;

(2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment;

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the office of the Clerk of the United States Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I caused a copy of the foregoing **Notice of Citation to Discover Assets to Westlake Financial Group, Inc.** and **Citation to Discover Assets to Westlake Financial Group, Inc.** to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, and to be served on the parties listed below via first class mail and email as indicated.

/s/ *Paul J. Ripp*
Attorney for Judgment Creditor
*Grenville Strategic Royalty Corporation*

**First Class Mail:**
WESTLAKE FINANCIAL GROUP, INC.
 c/o Paul J. Burt, Registered Agent
 2345 Waukegan Rd, Suite 140
 Bannockburn, IL 60015

BESH HOLDING CORPORATION
 c/o Paul J. Burt, President
 2345 Waukegan Rd, Suite 140
 Bannockburn, IL 60015

**Email Service List:**
Jeffrey Strange
 717 Ridge Road
 Wilmette, IL 60091
 (847) 256-7377
 jstrangelaw@aol.com
Attorney for Judgment Debtors
*Westlake Financial Group, Inc.*
*BESH HOLDING CORPORATION*