## *United States District Court for the Northern District of Illinois*

Case Number: **17cv810**  Assigned/Issued By: **JH**

Judge Name: **Aspen**  Designated Magistrate Judge: **Kim**

---

**FEE INFORMATION**

*Amount Due:*  ☐ $400.00  ☐ $46.00  ☐ $5.00
  ☑ IFP  ☐ No Fee  ☐ Other _____
  ☐ $505.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons  ☐ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets  (Victim, Against and $ Amount)

☐ Writ _____
  (Type of Writ)

**2** Original and **2** copies on **9/19/2019** as to **WL Benefits LLC,**
  (Date)

WL Benefits Group, Inc. (Both Third Party) (Notices Filed)

Rev. 08/19/2016