

# FILED

JAN 0 8 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHASE** 
Court Orders and Levies
P.O. Box 183164
Columbus, OH 43218-3164
Phone: 1-866-578-7022



2020 JAN -8 AM 9:03

IL - US DISTRICT COURT
219 S DEARBORN STREET
CHICAGO, IL 60604

**RE: GRENVILLE STRATEGIC ROYALTY CORPORATION v. BESH HOLDING CORPORATION, WESTLAKE FINANCIAL GROUP INC Case No.: 117CV00810, IL - US DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your CITATION TO DISCOVER ASSETS against the following debtor(s): BESH HOLDING CORPORATION, WESTLAKE FINANCIAL GROUP INC

Memo: No Deposit Accounts

**Answers**

| | |
|---|---|
| Did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? | No |
| Is this an IRA account or are all funds in the account(s) exempt funds? | No |
| Is/are the account(s) current balance equal to or less than the total of the exempt deposits? | Not Applicable |
| List all electronic deposits into account(s) and their source(s): | None |
| List adverse claims | Not Applicable |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the CITATION TO DISCOVER ASSETS. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

I CERTIFY THAT THE STATEMENTS ABOVE ARE TRUE.



HEATHER L WEBER
Doc Review Sr Specialist II
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

Date: January 2, 2020